19536. WILLIAMS, State Revenue Commissioner *v.* FLINT RIVER COTTON MILLS, INC.

ALMAND, Justice. This case is controlled by the decision in *Fulton Bag & Cotton Mills* v. *Williams*, ante. The court erred in overruling the Revenue Commissioner's general demurrers to the taxpayer's petition for a tax refund.

*Judgment reversed. All the Justices concur.*

ARGUED NOVEMBER 15, 1956—DECIDED DECEMBER 5, 1956—REHEARING DENIED DECEMBER 18, 1956.

*Eugene Cook, Attorney-General, William L. Norton, Jr., Ben F. Johnson, Jr., Assistant Attorneys-General,* for plaintiff in error.

*James H. Wilson, Jr., Sutherland, Asbill & Brennan, H. H. Perry, Jr.,* contra.